

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 330TH JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 26th day of March, 2018, the cause on appeal to revise or reverse the judgment between

| | |
|---|---|
| IN THE INTEREST OF J.T.S. AND J.R.S., CHILDREN | On Appeal from the 330th Judicial District Court, Dallas County, Texas |
| | Trial Court Cause No. DF-16-02901. |
| No. 05-17-00204-CV | Opinion delivered by Justice Bridges. |
| | Justices Evans and Whitehill participating. |

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

It is **ORDERED** that appellee Yolanda Smith recover her costs of this appeal from Jshaye Hendrix.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 5th day of June, 2018.

_____
LISA MATZ, Clerk